FILED
2023 May-31 AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| WINSTON COUNTY, ALABAMA, ) ) Plaintiff, ) ) v. ) ) AMERISOURCEBERGEN DRUG ) CORPORATION, et al., ) ) Defendants. ) | 6:22-cv-01394-LSC |

### Order

Before the Court is the Joint Stipulation of Pro Tanto Dismissal between Plaintiff and Defendant Walmart, Inc. (Doc. 7). Plaintiff has elected to participate in the Walmart Alabama State-Wide Opioid Settlement Agreement, which was announced on and dated November 7, 2022, is binding on the Plaintiff and Defendant Walmart Inc., and has an Effective Date of November 7, 2022. Accordingly, all claims of Plaintiff against Defendant Walmart Inc. are hereby voluntarily **DISMISSED, PRO TANTO, WITH PREJUDICE**, with each party to bear its own costs. Plaintiff's claims against all other Defendants remain pending. The Clerk is **DIRECTED** to terminate Defendant Walmart, Inc. as a defendant in this action.

**DONE** and **ORDERED** on May 31, 2023.

_____
L. Scott Coogler
United States District Judge

194800