# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| WINSTON COUNTY, ALABAMA<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC. ; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; NORAMCO, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; WEST-WARD PHARMACEUTICALS CORP.; MYLAN PHARMACEUTICALS, INC.; MYLAN BERTEK PHARMACEUTICALS INC.; INDIVIOR, INC.; WALGREENS BOOTS ALLIANCE, INC a/k/a WALGREEN CO.; WALMART INC. f/k/a WAL-MART STORES, INC.; CVS HEALTH CORPORATION.<br><br>Defendants. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br><br><br>CASE NUMBER: 6:22-cv-01394-LSC |

Summons in a Civil Action

To:   Teva Pharmaceutical Industries, LTD
      145 Brandywine Parkway
      West Chester, PA 19380

NOTE: A separate summons must be
        prepared for each defendant.

A lawsuit has been filed against you.

Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/5/2023

GREER M. LYNCH, CLERK

By: _____

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

_____

☐   By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode.  (Give name and address of person served.)

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association.  (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____  
***Date***

_____  
***Authorized or Specially Appointed Process Server***

Costs of Service:

        Expenses: _____ miles @ _____ cents

Service fee:

$ _____

$ _____

TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WINSTON COUNTY, ALABAMA<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; NORAMCO, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; WEST-WARD PHARMACEUTICALS CORP.; MYLAN PHARMACEUTICALS, INC.; MYLAN BERTEK PHARMACEUTICALS INC.; INDIVIOR, INC.; WALGREENS BOOTS ALLIANCE, INC a/k/a WALGREEN CO.; WALMART INC. f/k/a WAL-MART STORES, INC.; CVS HEALTH CORPORATION.<br><br>Defendants. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br><br>CASE NUMBER: 6:22-cv-01394-LSC |

Summons in a Civil Action

To: Watson Laboratories, Inc.
425 Privet Road
Horsham, PA 19044

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/5/2023

GREER M. LYNCH, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.   (Give name and address of person served.)

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association.   (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                    _____
            *Date*                                  *Authorized or Specially Appointed Process Server*

Costs of Service:                                   Service fee:
                                                                            $
              Expenses: _____ miles @ _____ cents    $_____

                                          TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| WINSTON COUNTY, ALABAMA<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; NORAMCO, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; WEST-WARD PHARMACEUTICALS CORP.; MYLAN PHARMACEUTICALS, INC.; MYLAN BERTEK PHARMACEUTICALS INC.; INDIVIOR, INC.; WALGREENS BOOTS ALLIANCE, INC a/k/a WALGREEN CO.; WALMART INC. f/k/a WAL-MART STORES, INC.; CVS HEALTH CORPORATION.<br><br>Defendants. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br><br><br>CASE NUMBER: 6:22-cv-01394-LSC |

Summons in a Civil Action

To:   Actavis, LLC.
      Corporation Service Company
      1201 Hays Street
      Tallahassee, FL 32301

NOTE: A separate summons must be
      prepared for each defendant.

A lawsuit has been filed against you.

Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/5/2023

GREER M. LYNCH, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at _____

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____   _____
　　　　　　*Date*　　　　　　　　　　　*Authorized or Specially Appointed Process Server*

Costs of Service:　　　　　　　　　　　　　　　　　　Service fee:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$
　　　　　　Expenses: _____ miles @ _____ cents　　$_____

　　　　　　　　　　　　　　　　　　　　TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| WINSTON COUNTY, ALABAMA )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERISOURCEBERGEN DRUG )<br>CORPORATION; CARDINAL HEALTH, )<br>INC.; TEVA PHARMACEUTICAL )<br>INDUSTRIES, LTD.; TEVA )<br>PHARMACEUTICALS USA, INC. ; )<br>ALLERGAN PLC f/k/a ACTAVIS )<br>PLC; WATSON PHARMACEUTICALS, INC. )<br>n/k/a ACTAVIS, INC.; NORAMCO, INC.; )<br>WATSON LABORATORIES, INC.; ACTAVIS )<br>LLC; ACTAVIS PHARMA, INC. f/k/a )<br>WATSON PHARMA, INC.; WEST-WARD )<br>PHARMACEUTICALS CORP.; MYLAN )<br>PHARMACEUTICALS, INC.; MYLAN )<br>BERTEK PHARMACEUTICALS INC.; )<br>INDIVIOR, INC.; WALGREENS BOOTS )<br>ALLIANCE, INC a/k/a WALGREEN CO.; )<br>WALMART INC. f/k/a WAL-MART STORES, )<br>INC.; CVS HEALTH CORPORATION. )<br><br>Defendants. ) | **Summons**<br>(Issued pursuant to Rule 4 of<br>the Federal Rules of Civil<br>Procedure or other appropriate law.)<br><br><br><br>**CASE NUMBER: 6:22-cv-01394-LSC** |

Summons in a Civil Action

To:   Allergan PLC f/k/a Actavis PLC
      2525 Dupont Drive
      Irvine, CA 92612

NOTE: A separate summons must be
      prepared for each defendant.

A lawsuit has been filed against you.

Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/5/2023

**GREER M. LYNCH, CLERK**

By: _____

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

☐   By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode.   (Give name and address of person served.)

☐   By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association.   (Give name, capacity and

address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
            *Date*                              *Authorized or Specially Appointed Process Server*

Costs of Service:                                       Service fee:
                                                                       $
          Expenses: _____ miles @ _____ cents      $_____

                                        TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| WINSTON COUNTY, ALABAMA | ) ) ) ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiff, | ) ) |  |
| v. | ) ) ) ) ) | CASE NUMBER: 6:22-cv-01394-LSC |
| AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; NORAMCO, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; WEST-WARD PHARMACEUTICALS CORP.; MYLAN PHARMACEUTICALS, INC.; MYLAN BERTEK PHARMACEUTICALS INC.; INDIVIOR, INC.; WALGREENS BOOTS ALLIANCE, INC a/k/a WALGREEN CO.; WALMART INC. f/k/a WAL-MART STORES, INC.; CVS HEALTH CORPORATION. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) |  |

Summons in a Civil Action

To:   Cardinal Health, Inc.
      CT Corporation System
      450 Veterans Memorial Parkway, Suite 7A
      East Providence, RI 02914

NOTE: A separate summons must be
      prepared for each defendant.

A lawsuit has been filed against you.

    Within _____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 6/5/2023

GREER M. LYNCH, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

### RETURN ON SERVICE OF WRIT

    I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

    ☐    By personal service on the defendant at _____

_____

    ☐    By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode.   (Give name and address of person served.)

_____

_____

    ☐    By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association.   (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                    _____
           *Date*                                                     *Authorized or Specially Appointed Process Server*

Costs of Service:                                              Service fee:
                                                                                                                                          $
Expenses: _____ miles @ _____ cents    $_____
                                                                                                     TOTAL $