Case 6:22-cv-01394-LSC   Document 20   Filed 06/12/23   Page 1 of 1

FILED
2023 Jun-12 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CARDINAL HEALTH, INC.
   CT Corporation System
   450 VETERANS MEMORIAL PKWY STE 7A
   EAST PROVIDENCE RI 02914-5315

   9490 9112 0620 3794 6579 83

2. Article Number *(Transfer from service label)*
   9402 9112 0620 3794 6579 40

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_ ☐ Addressee ☐ Agent

B. Received By: *(Printed Name)*      C. Date of Delivery
   E Drama

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2023 JUN 12  A 11:35
   U.S. DISTRICT COURT
   N.D. OF AL  6:22cv1394-LSC

3. Service Type
   ☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)                Domestic Return Receipt