FILED

2023 Jun-28  PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| **WINSTON COUNTY, ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **6:22-cv-1394-LSC** |
| | ) | |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

The parties have submitted to the Court a Joint Stipulation of Dismissal of Defendant CVS Health Corporation. (Doc. 28). Accordingly, Defendant CVS Health Corporation is **DISMISSED** from this action. The Clerk is **DIRECTED** to terminate Defendant CVS Health Corporation as a defendant in this action. Any party may, for good cause shown, reopen this action within thirty days from the date of this Order.

**DONE** and **ORDERED** on June 28, 2023.

_____

L. Scott Coogler
United States District Judge

211854