# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| **WINSTON COUNTY, ALABAMA,** | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| vs. | | 6:22-cv-1394-LSC |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*, | | |
| Defendants. | | |

## ORDER

The parties have submitted to the Court a Joint Stipulation of Dismissal of Defendant Walgreens Boots Alliance, Inc. (Doc. 28). Accordingly, Defendant Walgreens Boots Alliance, Inc. is **DISMISSED** from this action. The Clerk is **DIRECTED** to terminate Defendant Walgreens Boots Alliance, Inc. as a defendant in this action. Any party may, for good cause shown, reopen this action within thirty days from the date of this Order.

**DONE** and **ORDERED** on July 20, 2023.

_____
L. Scott Coogler
United States District Judge

211854